**In the Matter of Robert C. JACOBS.**

**No. 752 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

June 26, 2003.

*ORDER*

PER CURIAM:

AND NOW, this 26th day of June, 2003, Robert C. Jacobs having been suspended from the practice of law before the Department of the Treasury, Internal Revenue Service, for a period of forty-one months by its notification dated October 30, 2002; the said Robert C. Jacobs having been directed on March 27, 2003, to inform this Court of any claim he has that the imposition of the identical or comparable discipline in this Commonwealth would be unwarranted and the reasons therefor; and upon consideration of the responses filed, it is

ORDERED that Robert C. Jacobs is suspended from the practice of law in this Commonwealth for a period of forty-one months retroactive to June 13, 2002, and he shall comply with all the provisions of Rule 217, Pa.R.D.E.

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Marvin I. BARISH, Respondent.**

**No. 809 Disc. Dkt. No. 3.**

Supreme Court of Pennsylvania.

June 26, 2003.

*ORDER*

PER CURIAM.

AND NOW, this 26th day of June, 2003, upon consideration of the contention of respondent-attorney that he is suffering from a disabling condition which makes it impossible for him to prepare an adequate defense to disciplinary charges brought against him in connection with Disciplinary Board Docket Nos. 15 DB 2002 and 85 DB 2002, it is hereby

ORDERED, that Marvin I. Barish is immediately transferred to inactive status pursuant to Rule 301(e), Pa.R.D.E., for an indefinite period and until further order of the Court. Respondent shall comply with Rule 217, Pa.R.D.E. All pending disciplinary proceedings against the respondent-attorney shall meanwhile be held in abeyance, except for the perpetuation of testimony.